UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>ALL STATES ASPHALT, INC.     )<br>)<br>)<br>          Defendant.          ) | NO. 05cr30021-MAP<br><br>18 U.S.C. §§ 1001 and 2<br>(False Statement and<br>Aiding and Abetting) |

**<u>INFORMATION</u>**

The United States Attorney charges that:

1. At all times material to this Information, the defendant, All States Asphalt, Inc., was a corporation with headquarters in Sunderland, Massachusetts, and terminals in Sunderland; Canton, New York. All States was a motor carrier engaged in the intrastate and interstate transportation of asphalt and calcium chloride via tractor-trailers.

2. To ensure safe operation of motor carriers, Department of Transportation ("DOT") regulations establish certain rules to ensure, among other things, that motor carriers operate their tractor trailers safely.

3. Among other things, the DOT regulations limit the maximum hours tractor-trailer drivers can work and drive. These regulations are referred to as "Hours of Service" rules.

4. At all times relevant to this Information, the Hours of Service rules provided that no motor carrier shall "permit or require any driver" to drive (1) in excess of 10 hours after

eight consecutive hours off duty; (2) for any period of time after 15 hours of work (including driving and non-driving time) unless the driver has had eight hours off duty; and (3) in excess of 70 hours over an eight-day period.  49 C.F.R. § 395.3.

5.  To ensure that motor carriers and truck drivers complied with the Hours of Service limits, at all times relevant to this Information, DOT regulations required that motor carriers keep records relating to drivers' Hours of Service. Specifically, the regulations required that truck drivers record all daily activities on a form called Record of Duty Status, also known as a Driver's Log.  49 C.F.R. § 395.8.  The regulations also required that motor carriers collect and retain the drivers' log and all supporting documents for a period of six months from the date of receipt.  49 C.F.R. § 395.8(a).

6.  At all times relevant to this Information, All States maintained Drivers' Logs for its drivers at its headquarters in Sunderland, Massachusetts.

7.  From at least September 1999 to at least October, 2000, in the District of Massachusetts and elsewhere, the defendant, did knowingly and willfully make and maintain, false statements and representations on Driver's Logs, including the false statement charged in Count One.

2

**COUNT ONE:**      (Title 18, United States Code, Section 1001, False Statements; Title 18, United States Code, Section 2: Aiding and Abetting)

8.   Paragraphs 1 through 7 are incorporated by reference.

9.   From at least September 1999 to at least October, 2000, in the District of Massachusetts and elsewhere, the defendant,

**ALL STATES ASPHALT, INC.**

in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Department of Transportation, did knowingly and willfully make and maintain a false statement and representation, to wit: a false statement on a Drivers Daily Log for Vehicle 10144/20232 on September 29, 2000.

All in violation of Title 18, United States Code, Section 1001 and Title 18, United States Code, Section 2.

                                       Respectfully submitted,
                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                              By:      _____
                                       KEVIN O'REGAN
                                       Chief, Springfield Office


                                       KAREN L. GOODWIN
Dated: April 15, 2005                  Assistant U.S. Attorney

3

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts   **Category No.** 2   **Investigating Agency** DOT-OIG

**City** Sunderland   **Related Case Information:**

**County** Hampshire   Superseding Ind./ Inf. _____  **Case No.** 053002.1
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  All States Asphalt, Inc.   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  325 Amherst Road, Sunderland, MA

Birth date (Year only): ___ SSN (last 4 #): ___ Sex ___ Race: ___ Nationality: ___

**Defense Counsel if known:**  Richard Egbert   **Address:**  99 Summer Street Boston MA 02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Karen L. Goodwin   Bar Number if applicable  549398

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☒ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____   **Signature of AUSA:** /s/ Karen L. Goodwin

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     All States Asphalt, Inc.

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1001 | False Statements | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js45.wpd - 1/15/04 (USAO-MA)