AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

All States Asphalt

CASE NUMBER: 05 30021-MAP

I, _Richard J. Miller on behalf of All States Asphalt, Inc._, the above named defendant, who is accused of

_False statement_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-15-05__ _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant  All States Asphalt, Inc.

_____
Counsel for Defendant

Before _Michael A. Ponsor USDJ_
         Judicial Officer
         4·15·05